UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Joseph Hatley )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

v. )

Officer, )
Sed Brook )
SGT. Churchwell )
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit:

Plaintiffs: N A

Defendants: N A

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _____

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? I put in a grievance. Then was unable to apeal

2. What was the result? I was punished.

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F. If your answer is YES,

1. What steps did you take? I put in a grievance. and talked to a SGT.

2

2. What was the result? I was punished.

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Joseph Hatley

Present address: _____

Permanent home address: _____

Address of nearest relative: _____

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: _____

Official position: _____

Place of employment: _____

C. Additional defendants: _____

_____

_____

_____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

_____

_____

3

To whom it may concern,

Around the first week of June, a officer Ser-brosk came into my cell, and threatened to put me back into a cell with a man that I had filed a "P.R.E.A" on over him raping me.

A officer Gipson was with him, and heard him say that he was gonna put me back into the cell with the man. Also the man that lived in the cell with me at the time heard it also.

I then put a greivence in on the "kiosk" out in the pod, and no one came to talk to me untill I was pulled out of my cell at 11:30 at night. A week after I filed the greivence, a SGT. churchwell took me into a room in booking without a camera in it, and asked me to tell him what officer Ser-brosk had said.

He "SGT. Churchwell" then put his hand on my shoulder and squeezed it really hard, and tried to get me to recant my statement. telling me that "officer Ser-brosk" didn't say what he said. I was afraid but I still told him that "officer Ser-brosk" did say that he was going to put me back into the cell with "Anthony Kony". the same man who I was raped by, and who I had previously filed a P.R.E.A on.

the same man I had to hang myself to get out of the cell with, after he raped me. I tried to get several officer's to move me, and they refused to do so.

So I came out on rick, and hung myself. I stated all of this in the grievence I filed. So then "SGT. Churchwell" placed me on suicide watch for no other reason then to humiliate me, and to make me suffer for filing the grievence on his officer.

"SGT. Churchwell" also stated when he took me into the back room that he talked to officer "Sed-Brook" about what he said to me, and officer "Sed-Brook" said that he was sorry. I then said to "SGT. Churchwell" Why would he say sorry to me if he never said it! Why would he say sorry if he did not threaten me in the first place? I also asked "SGT. Churchwell" how come "officer Sed-Brook" did not tell me sorry his self.

The mental anguish that I have went through from the rape, and "officer Sed-Brook" telling me that he would put me back in the cell with the man who raped me. It is so savier that I have cried many times, and still have night tremors, and flash backs almost every day, and night.

I do not feel safe here at this jail because of the officer's discrimination against me after what had happened, and after me putting in the grievence on "officer Sed-Brook"

V.   RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I want them to be fired, I would like compensation for my pain, and suffering. I would like the admin to hold them accountible. I would like help with my mental health.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this __4Th__ day of __August__, 20_24_.

__Joseph Hatley__
Signature of plaintiff(s)

5