UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JOSEPH WAYNE HATLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 2:24-CV-140-KAC-CRW ) |
| OFFICER SED BROOK and SGT. CHURCHWELL, | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT ORDER

In the Order Dismissing Action, the Court **DISMISSED** this action without prejudice under Federal Rule of Civil Procedure 41(b) and Local Rule 83.13. Because no issues remain in this action, the Court **DIRECTS** the Clerk to close this case.

SO ORDERED.

/s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT